UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NORTHWEST SHEET METAL
WORKERS WELFARE FUND, et al.,

Plaintiffs,

v.

H & K SHEET METAL
FABRICATORS, INC.,

Defendant.

C18-947 TSZ

ORDER

By Minute Order dated October 11, 2018, docket no. 6, the Court directed the parties to show cause why this action should not be dismissed for failing to comply with the Order requiring Joint Status Report signed on July 5, 2018, docket no. 4. Having received no response to said Minute Order, this action is hereby DISMISSED without prejudice. *See* Fed. R. Civ. P. 41(b); *see also Wallace v. Hinton*, 2000 WL 1728285 (9th Cir. Nov. 20, 2000) (affirming dismissal without prejudice for failure to timely file a joint status report (citing *Malone v. U.S. Postal Serv.*, 833 F.2d 128, 132 (9th Cir. 1987))).

IT IS SO ORDERED.

The Clerk is directed to send a copy of this Order to all counsel of record.

Dated this 13th day of November, 2018.

Thomas S. Zilly
United States District Judge

ORDER - 1